**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ELIN MARIA PERNILLA NORDEGREN,

    Plaintiff,

v.                                                      CASE NO. 6:12-CV-1718-Orl-36TBS

SHAQUILLE RASHAUN O'NEAL,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on November 21, 2012 (Doc. 5). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff Elin Maria Pernilla Nordegren's ("Plaintiff") Motion to proceed *in forma pauperis* (Doc. 2) be denied and that Plaintiff's Complaint be dismissed with prejudice for lack of subject matter jurisdiction (Doc. 1). *See* Doc. 5. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that Plaintiff's Complaint fails to allege a sufficient basis for the exercise of this Court's jurisdiction. *See* Doc. 5. As Plaintiff's Complaint appears to allege state-court paternity and domestic violence issues, the Court also agrees with the Magistrate Judge that allowing Plaintiff leave to amend would be futile. *Id*. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

-2-

1. The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Elin Maria Pernilla Nordegren's Motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice** for lack of subject matter jurisdiction.

4. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Orlando, Florida on December 10, 2012.

*[Signature]*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD